160 A.3d 795

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jholy IDY, Petitioner**

**No. 277 EAL 2016**

Supreme Court of Pennsylvania.

November 9, 2016

## ORDER

PER CURIAM

**AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**